HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| USAA FEDERAL SAVINGS BANK, | CASE NO. C17-5590RBL |
|---|---|
| Plaintiff, | ORDER GRANTING TRO AND SETTING PRELIMINARY INJUNCTION HEARING |
| v. | |
| DANIEL and KATHLEEN BOUCHARD, | |
| Defendants. | |

THIS MATTER is before the Court on Plaintiff USAA's Motion for a Temporary Restraining Order, precluding Underwriters at Lloyds, London from disbursing to Defendants Daniel and Kathleen Bouchard insurance proceeds from or related to its policy no. DIC3100336-1.

The purpose of a TRO is "preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing [on the preliminary injunction application], and no longer." *Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers*, 415 U.S. 423 (1974); *see also Reno Air Racing Ass'n v. McCord*, 452 F.3d 1126, 1130-31 (9th Cir. 2006). To obtain a TRO or a preliminary injunction, the moving party must show: (1) a likelihood of success on the merits; (2) a likelihood of irreparable harm to the moving party in

the absence of preliminary relief; (3) that a balance of equities tips in the favor of the moving party; and (4) that an injunction is in the public interest. *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

Traditionally, injunctive relief was also appropriate under an alternative "sliding scale" test. *The Lands Council v. McNair*, 537 F.3d 981, 987 (9th Cir. 2008). However, the Ninth Circuit overruled this standard in keeping with the Supreme Court's decision in *Winter*. *American Trucking Ass'ns Inc. v. City of Los Angeles*, 559 F.3d 1046, 1052 (9th Cir. 2009) (holding that "[t]o the extent that our cases have suggested a lesser standard, they are no longer controlling, or even viable").

Plaintiff USAA has met this standard. Plaintiff USAA FSB's Emergency Motion for Temporary Restraining Order is GRANTED

Daniel and Kathleen Bouchard are ENJOINED from receiving any insurance proceeds from Underwriters at Lloyds, London arising from policy no. DIC3100336-1.

This Temporary Restraining Order is effective up to the time that this Court rule on Plaintiff's application for a preliminary injunction. **The Court will hear argument on the preliminary injunction AUGUST 18 at 2:00 p.m**. Defendants' Response to the Motion shall be filed and served no later than AUGUST 14. Any Reply shall be filed by AUGUST 17.

The security provision of Federal Rule of Civil Procedure 65(c) is waived.

IT IS SO ORDERED

Dated this 7th day of August, 2017.

_____
Ronald B. Leighton
United States District Judge